Adam B. Nach – 013622
Jonathan C. Simon - 029750
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email:  adam.nach@lane-nach.com
         jonathan.simon@lane-nach.com

Attorneys for Diane M. Mann, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| PAUL GENE FORSHEY, JR., | No. 2:16-bk-12389-BKM |
| Debtor. | **TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS** |

Diane M. Mann, Trustee ("**Trustee**"), by and through her undersigned counsel, herein respectfully submits *Trustee's Objection to Claimed Exemptions* ("**Objection**").   For her Objection, Trustee respectfully represents as follows:

**A.     FACTUAL BACKGROUND.**

1.     This case was commenced by a Voluntary Petition filed by Paul Gene Forshey, Jr. ("**Debtor**") under Chapter 7 of Title 11, United States Code, on October 27, 2016 ("**Petition Date**").

2.     Trustee is the duly qualified and acting Chapter 7 Trustee of the Chapter 7 Estate.

3.     Pursuant to Schedule C, Debtor asserts an exemption in the following:

a.     A 2012 Dodge Charger ("**Vehicle**") claimed to be exempt pursuant to A.R.S. § 33-1125(8) [DE 1 p. 15] in the amount of 100% of its fair market value, up to any applicable statutory limit; and,

b.     A 2009 Mossberg 12 gage shotgun, a 2003 Glock 21, and a 2009 Smith and Wesson claimed to be exempt in the aggregate amount of $800.00 ("**Guns**") pursuant to A.R.S. § 33-1125(7) [DE 1 p. 15].

4.     Upon information and belief, these exemptions do not apply and the Vehicle and Guns are

not exempt under Arizona Revised Statute exemptions.

**B.     LEGAL AUTHORITY.**

5.     This Court has jurisdiction over Debtor's Chapter 7 case under 28 U.S.C. § 1334.

6.     Proceedings with respect to property of the Estate and this Objection are core proceedings that the Court may hear and decide. *See* 28 U.S.C. § 157(b)(1) and (b)(2)(E).

7.     Moreover, venue is appropriate pursuant to 28 U.S.C. § 1408(1).

8.     The property of the bankruptcy estate includes "all legal or equitable interests of the debtor in property as of the commencement of the case." *See* 11 U.S.C. § 541(a).

9.     The concept of property of the estate is broad in scope, encompassing all kinds of property, including tangible and intangible property, causes of action, real and personal property, certain property held by the debtor in trust for others, and certain property of the debtor held by others. *See U.S. v. Whiting Pools*, 462 U.S. 198, n.9 (1983).

11.     A.R.S. § 33-1125(8) allows a debtor to claim a $6,000.00 exemption in the equity in a single vehicle.  If debtor or debtor's dependent is physically disabled, the claimed exemption may not be greater than $12,000.00.

12.     Debtor asserts an exemption in the Vehicle but does not specify whether he is claiming a $6,000.00 or $12,000.00 exemption in the Vehicle.  To the extent Debtor is claiming a $12,000.00 exemption in the Vehicle, Trustee objects to Debtor's claimed exemption.

13.     A.R.S. § 33-1125(7) exempts "*[o]ne* shotgun *or* one rifle *or* one pistol, with a total fair market value not greater than $1,000.00 (emphasis added).

14.     Debtor attempts to exempt more than one firearm, which is specifically disallowed pursuant to A.R.S. § 33-1125(7).

15.     Debtor may only claim an exemption in one firearm.

WHEREFORE, Diane M. Mann, Trustee, respectfully requests that this Court enter an Order sustaining the Objection to exemptions for the reasons stated herein; and, for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 16th day of December, 2016.

**LANE & NACH, P.C.**

By___Jonathan C. Simon #029750_____
        Adam B. Nach
        Jonathan C. Simon
        Attorneys for Trustee

## CERTIFICATE OF MAILING

COPY of the foregoing sent via email as follows:

Adam E. Hauf
Hauf Law, PLC
4225 W. Glendale Ave., Ste. A-104
Phoenix, AZ 85051
Email: adam@hauflaw.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Renee.S.Shamblin@usdoj.gov

By /s/ Karen Graves____