Adam B. Nach – 013622
Jonathan C. Simon - 029750
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
jonathan.simon@lane-nach.com

Attorneys for Diane M. Mann, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>PAUL GENE FORSHEY, JR.,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:16-bk-12389-BKM<br><br>**NOTICE OF TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS** |

TO: The Debtor and his Attorney:

**PLEASE TAKE NOTICE** that Diane M. Mann, Trustee has filed an Objection to Debtor's Claimed Exemptions. A copy of the objection accompanies this Notice. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not want the Court to eliminate or change your exemptions as reflected by the attached, then on or before twenty-one (21) days from the date of this Notice, you or your lawyer must file a written response to the objection, explaining your position with the Clerk of the United States Bankruptcy Court, as follows: (a) mail or hand-delivery to 230 North First Avenue, Suite 101, Phoenix, AZ 85003-1706; or (b) electronically at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures, with a copy to: Lane & Nach, P.C., 2001 East Campbell, Suite 103, Phoenix, AZ 85016.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. If you or your attorney do not take these steps, the Court may enter its Order sustaining the Trustee's objection.

DATED: December 16, 2016.

              **LANE & NACH, P.C.**

            By  /s/ Jonathan C. Simon - 029750
              Adam B. Nach
              Jonathan C. Simon
              Attorneys for Trustee

Delivered via electronic notification to:

Adam E. Hauf
Hauf Law, PLC
4225 W. Glendale Ave., Ste. A-104
Phoenix, AZ 85051
Email: adam@hauflaw.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Renee.S.Shamblin@usdoj.gov

By /s/ Karen Graves